**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 0:19-cv-61932-KMW – Williams/Valle

JOSIE WILLIAMS,
individually and on behalf of all others
similarly situated,                                          **CLASS ACTION**

*Plaintiff*,                                                **JURY TRIAL DEMANDED**

v.

PRESIDENTIAL REAL ESTATE GROUP,
INC. D/B/A RE/MAX PRESIDENTIAL,

*Defendant*,

_____/

**NOTICE OF SETTLEMENT**

Plaintiff, Josie Williams, by and through undersigned counsel, herby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal within ten (10) days.

Date: October 2, 2019

Respectfully Submitted,

| | |
|---|---|
| **SHAMIS & GENTILE, P.A.** | **EDELSBERG LAW, PA** |
| */s/ Andrew J. Shamis* | */s/ Scott Edelsberg* |
| Andrew J. Shamis, Esq. | Scott Edelsberg, Esq. |
| Florida Bar No. 101754 | Florida Bar No. 0100537 |
| ashamis@shamisgentile.com | scott@edelsberglaw.com |
| 14 NE 1st Avenue, Suite 1205 | 20900 NE 30th Ave, Suite 417 |
| Miami, Florida 33132 | Aventura, FL 33180 |
| Telephone: 305-479-2299 | Telephone: 305-975-3320 |

*Counsel for Plaintiff and the Class*