## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-cv-61932-KMW – Williams/Valle

JOSIE WILLIAMS,
individually and on behalf of all others
similarly situated,

**CLASS ACTION**

**JURY TRIAL DEMANDED**

*Plaintiff*,

v.

PRESIDENTIAL REAL ESTATE GROUP,
INC. D/B/A RE/MAX PRESIDENTIAL,

*Defendant*.

_____/

## JOINT STIPULATION OF DISMISSAL

The Plaintiff, Josie Williams, and Defendant, Presidential Real Estate Group, Inc. d/b/a RE/MAX Presidential, by and through their respective attorneys, and pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate and agree to the dismissal with prejudice of Plaintiff's claims against Defendant. Each Party shall bear their own respective costs and attorneys' fees. This Stipulation for Dismissal disposes of the entire action.

Date: October 17, 2019

Respectfully Submitted,

| | |
|---|---|
| **SHAMIS & GENTILE, P.A.**<br>*/s/ Andrew J. Shamis*<br>Andrew J. Shamis, Esq.<br>Florida Bar No. 101754<br>ashamis@shamisgentile.com<br>14 NE 1st Avenue, Suite 1205<br>Miami, Florida 33132<br>Telephone: 305-479-2299<br><br>**EDELSBERG LAW, PA**<br>*/s/ Scott Edelsberg*<br>Scott Edelsberg, Esq.<br>Florida Bar No. 0100537<br>scott@edelsberglaw.com<br>20900 NE 30th Ave, Suite 417<br>Aventura, FL 33180<br>Telephone: 305-975-3320<br><br>*Counsel for Plaintiff and the Class* | By: */s/ Gregg I. Strock*<br>GREGG I. STROCK<br>**Greenspoon Marder LLP**<br>Florida Bar No. 1010140<br>200 E. Broward Blvd., Suite 1800<br>Ft. Lauderdale, FL 33301<br>(954) 491-1120<br>gregg.strock@gmlaw.com<br>marie.kusek@gmlaw.com<br><br>*Attorneys for Defendant* |